# Davidson | Fink
Attorneys at Law

Scott A. Sydelnik
Attorney

January 4, 2017

Honorable Cecilia G. Morris
United States Bankruptcy Court
Southern District
355 Main Street
Poughkeepsie, NY 12601-3315

> **In Re: Richard B. Colletti**
> **Case No.: 16-35143**
> **Chapter 13**

Dear Judge Morris:

Please accept this letter as a written status report, submitted on behalf of our client, Shellpoint Mortgage, Inc.

The debtor's 2014 and 2015 tax returns have been received and are under our client's review.

Very truly yours,

Scott A. Sydelnik

SAS/ljd

cc: Richard Scott Zirt, Esq. (via email)

---

28 East Main Street, Suite 1700 | Rochester, New York 14614 | 585-546-6448 | davidsonfink.com
ssydelnik@davidsonfink.com | direct phone 585-760-2348 | fax 585-784-8917