# Davidson | Fink
## Attorneys at Law

Scott A. Sydelnik
Partner

February 8, 2018

Honorable Cecilia G. Morris
United States Bankruptcy Court
Southern District
355 Main Street
Poughkeepsie, NY 12601-3315

> **In Re:  Richard B. Colletti**
> **Premises:    137 Bull Mill Road**
> **             Chester, NY 10918**
> **Case No.:    16-35143**
> **Chapter      13**

Dear Judge Morris:

Please accept this letter as a written status report, submitted on behalf of our client, Shellpoint Mortgage, Inc.

On February 7, 2018 our client advised that the following documents are needed to verify income:

- Current quarterly Profit & Loss, in the following format: Business name, M/D/Y - M/D/Y, Gross Income-Business Expenses= Net Profit.
- Letter of explanation from the Debtor stating the amount of wages the Debtor receives from his business.

Our office emailed the Debtor's Attorney for the requested documents.

Very truly yours,

Scott A. Sydelnik

cc:  Richard Scott Zirt, Esq.

28 East Main Street, Suite 1700 | Rochester, New York 14614 | 585-546-6448 | davidsonfink.com
ssydelnik@davidsonfink.com | direct phone 585-760-2348 | fax 585-784-8917