# Davidson | Fink
### Attorneys at Law

Scott A. Sydelnik
Partner

May 4, 2018

Honorable Cecilia G. Morris
United States Bankruptcy Court
Southern District
355 Main Street
Poughkeepsie, NY 12601-3315

    **In Re:**  **Richard B. Colletti**
    **Premises:**  **137 Bull Mill Road**
                     **Chester, NY 10918**
    **Case No.:**  **16-35143**
    **Chapter**    **13**

Dear Judge Morris:

    Please accept this letter as a written status report, submitted on behalf of our client, Shellpoint Mortgage, Inc.

    The Debtor's Attorney and our office have been communicating and both agree that a new financial package is needed.

    Our client advised they will have a decision within 30 days of receipt of the financial package.

                                   Very truly yours,

                                   Scott A. Sydelnik

cc: Richard Scott Zirt, Esq.

---

28 East Main Street, Suite 1700 | Rochester, New York 14614 | 585-546-6448 | davidsonfink.com
ssydelnik@davidsonfink.com | direct phone 585-760-2348 | fax 585-784-8917