# Davidson | Fink
## Attorneys at Law

Scott A. Sydelnik
Partner

May 4, 2018

Honorable Cecilia G. Morris
United States Bankruptcy Court
Southern District
355 Main Street
Poughkeepsie, NY 12601-3315

    **In Re:  Richard B. Colletti**
    **Premises:**    **137 Bull Mill Road**
                     **Chester, NY 10918**
    **Case No.:**    **16-35143**
    **Chapter**      **13**

Dear Sir or Madam:

Our firm represents Shellpoint Mortgage, Inc.

This letter is to confirm that the Loss Mitigation hearing scheduled to be heard on May 8, 2018 at 9:30 a.m. has been adjourned on consent to June 19, 2018 at 9:30 a.m.

Very truly yours,

DAVIDSON FINK LLP

/s/ Carla Augino
Carla Augino
Paralegal

cc:    Richard Scott Zirt, Esq. via ECF
        Krista M. Preuss, Esq. – Trustee via ECF
        United States Trustee via ECF