*RICHARD SCOTT ZIRT, ESQ.*
Attorney & Counselor at Law
P.O. Box 1315
Monticello, NY 12701
(845) 794-5928
Fax: (845) 794-5961 (Not for Service)

May 7, 2018

Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge
U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601

RE:  Richard B. Colletti
     Chapter 13
     Case No: 16-35143(cgm)

Your Honor:

I am writing this letter as a "Status Update" with respect to the pending Loss Mitigation between the Debtor and his mortgage holder. The next date for Loss Mitigation has now been adjourned from May 8, 2018 to June 19, 2018 at 9:30am.

On May 2, 2018 we received an email directly from SN Servicing Corp advising that they were now servicing the Debtor's mortgage. We thereafter received notice from DavidsonFink that the mortgage company had recently switched mortgage servicers from Shellpoint Mortgage to SN Servicing Corp. As a result, SN Servicing Corporation is requesting an entirely newly completed package to be submitted by the Debtor. All documentation that had previously been submitted to the bank's prior loss mitigation representatives has now been rendered stale.

The Debtor is in the process of completing a new package and obtaining all newly updated financials and quarterly profit and loss reports for his business.


Respectfully,

*/S/ Richard Scott Zirt*
RICHARD SCOTT ZIRT, ESQ.
Attorney for the Debtor
RSZ/plv

CC:  Davidson Fink (via ECF)