

Kathleen R. Fitzpatrick

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3837
T: 212 880 3800
F: 212 880 8965
kathleen.fitzpatrick@akerman.com

September 14, 2018

**VIA ECF**
The Honorable Cecelia G. Morris
Chief Judge
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY  12601

**Re:**    *In re: Richard B. Colletti, Debtor*, Chapter 13, Case No. 16-35143 (CGM)

Dear Chief Judge:

Shellpoint Mortgage Servicing recently retained us to represent them in this case.  We write to inform Your Honor that Phillip Pluister, Director of Foreclosure at Shellpoint, will appear in person on Tuesday, September 18, 2018, at 9:30 a.m., pursuant to this Court's Order to Show Cause, dated September 6, 2018.  (ECF Doc. # 104.)  Shellpoint only employs two Senior Vice Presidents, neither of whom have working knowledge of debtor's mortgage; Mr. Pluister, however, is personally familiar with the debtor's mortgage and loss mitigation review.

Thank you for your attention to this matter.

> Respectfully,
>
> *s/ Kathleen R. Fitzpatrick*
>
> Kathleen R. Fitzpatrick

cc:    Richard Scott Zirt, *Counsel for Debtor* (via ECF)
       Scott Sydelnik, *Co-Counsel for Shellpoint Mortgage Servicing* (via ECF)
       Adam J. Friedman, *Counsel for SN Servicing Corporation* (via ECF)

akerman.com

46407428;1