

Jordan M. Smith

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3838
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6447
Jordan.Smith@akerman.com

May 7, 2019

**VIA ECF**
The Honorable Cecelia G. Morris
Chief Judge
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY  12601

Re:    *In re: Richard B. Colletti, Debtor*, Chapter 13, Case No. 16-35143 (CGM)

Dear Chief Judge:

We represent Shellpoint Mortgage Servicing in the above-referenced matter.  We write to provide the Court a current status report and summary.  As discussed at the last hearing on April 16, 2019, Mr. Colletti has agreed to a confidential settlement with Shellpoint.  Mr. Colletti executed a settlement and release agreement on April 23, 2019.  Shellpoint and Mr. Colletti have fully resolved this matter.  Counsel for Mr. Colletti advised he will be filing a Rule 9019 motion to have the Court approve the loan modification reached with SN Servicing Corporation.

Thank you.

Respectfully,

*s/ Jordan M. Smith*

Jordan M. Smith


cc:    Richard Scott Zirt, *Counsel for Debtor* (via ECF)
       Jonathan Schwalb, *Counsel for SN Servicing Corporation* (via ECF)

akerman.com

48817139;1